UNITED STATES BAKNRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIROSLAW GORTAT, HENRYK BIENKOWSKI,
MIROSLAW FILIPKOWSKI, ARTUR LAPINSKI,
JAN SWALTEK, ARTUR KOSIOREK, and HENRYK
STOKLOSA, on behalf of themselves and on behalf of
all others similarly situated, ROBERT WISNIEWSKI,
ROBERT WISNIEWSKI P.C.

                                 Plaintiffs,          **Adv. Proc. No. 15-01159**

        -against-

ROBERT CAPALA

                                 Defendant.
-------------------------------------------------------------------X

**STIPULATED ORDER OF DISMISSAL**

     IT IS HEREBY STIPULATED AND AGREED by and between undersigned parties or counsel that whereas no party to this stipulation is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above action be, and the same hereby is discontinued as between the undersigned parties, with prejudice, without costs to any party against any other.

     IT IS FURTHER STIPULATED AND AGREED that this stipulation can be executed in counterparts and that a facsimile signature shall be deemed as an original.

Dated: New York, NY
        March 21, 2022

| ROBERT WISNIEWSKI P.C. | LAW OFFICES OF GABRIEL DEL VIRGINIA |
|---|---|
| */s/Robert Wisniewski* | */s/ Gabriel Del Virginia* |
| Robert Wisniewski | Gabriel Del Virginia |
| *Counsel for All Plaintiffs* | *Counsel for Robert Capala* |
| 17 State Street, Suite 820 | 30 Wall Street, 12th Floor |
| New York, NY 10004 | New York, NY 10005 |
| tel. (212) 267-2101 | tel. (212) 371-5478 |

                                SO ORDERED,

                             _____
                             United States Bankruptcy Judge